UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Robin Rodriguez

    v.                                               Civil No. 08-cv-332-PB

USA

**O R D E R**

    Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $44.00 is due no later than October 6, 2008. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the NH State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

                                                _____
                                               James R. Muirhead
                                               United States Magistrate Judge

Date: September 4, 2008

cc:
    Bonnie S. Reed, Financial Administrator
    NH State Prison, Inmate Accounts