```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

<u>Robin Rodriguez</u>

    v.                     Case No. 08-cv-332-PB

<u>United States of America</u>

<u>ORDER</u>

    Re: Document No. 5, Motion for Reconsideration

    Ruling:

Granted.  While the prior order correctly sets the fee based upon the statute and the custodial information, that information and averages were skewed by substantial sums in the account which are no longer present. The initial fee is reset to $9.00. Otherwise the monthly order stands.

                                      <u>/s/ James R. Muirhead</u>
                                      James R. Muirhead
                                      U.S. Magistrate Judge

Date: September 11, 2008

cc: Robin Rodriguez, Pro Se